STATE of Missouri, Respondent,

v.

Bruce ROATH, Appellant,

Bruce ROATH, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46519, WD 48138.

Missouri Court of Appeals,
Western District.

June 7, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and ELLIS, JJ.

**ORDER**

PER CURIAM:

Appeal from judgment of conviction for murder in the second degree, § 565.021, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986.

Appeal from judgment denying relief under Rule 29.15.

The judgments are affirmed. Rules 30.25(b) and 84.16(b).